**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **COLEEN HURLIE-DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **24-12852-BEM** |
| ) | |
| **RELIANCE STANDARD LIFE** ) | |
| **INSURANCE COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**FINAL JUDGMENT**

**MURPHY, J.**

For the reasons stated in the Court's March 11, 2026 Order, Dkt. 46, granting in part Plaintiff's motion for summary judgment and granting in part Defendant's motion for summary judgment, it is hereby ORDERED:

1.      Defendant Reliance Standard Life Insurance Company shall reinstate Plaintiff Coleen Hurlie-Dunn's long-term disability benefits under the terms of the disability insurance plan at issue in this case.

2.      Defendant Reliance Standard Life Insurance Company shall pay Plaintiff Coleen Hurlie-Dunn retroactive disability benefits accrued since termination.  As to all such sums, pre-judgment interest shall apply and shall be calculated according to the federal post-judgment interest rate.  *See* 28 U.S.C. § 1961.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Dated: March 11, 2026                    Judge, United States District Court